DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

HENRY D. BRIODY,

Appellant,

v.

DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES,
DIVISION OF LICENSING,

Appellee.

No. 2D21-644

————————————————

September 24, 2021

Appeal from the Department of Agriculture and Consumer Services,
Division of Licensing.

Henry D. Briody, pro se.

Michael T. McGuckin, Senior Attorney, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.

VILLANTI, BLACK, and STARGEL, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.